Prepared by State Reporter from Appeal Papers

that the award violates section 2 of article 3 and section 8 of article 1 of the Federal Constitution, in that the case presented is exclusively within the admiralty and maritime jurisdiction.

*Cletus Keating, Vernon Sims Jones* and *Raymond Parmer* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.

---

401 EAST 72ND STREET REALTY CO., INC., Appellant, *v.* EBLING REALTY COMPANY, Respondent.

*Vendor and purchaser — contract — title — action to recover down payment on ground seller did not tender marketable title.*

*401 East 72nd St. Realty Co., Inc.,* v. *Ebling Realty Co.,* 222 App. Div. 388, affirmed.

(Submitted April 6, 1928; decided May 1, 1928.)

APPEAL from a judgment, entered January 24, 1928, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying defendant's motion for a dismissal of the complaint and granted said motion. The action was to recover the down payment made upon a contract to purchase real estate from the defendant, on the ground that the defendant did not tender a marketable title. The only defect was that the cellar steps and areas encroached upon the street in front of the premises. The contract provision was as follows: "Said premises shall be conveyed subject to the terms of tenants now in occupation of said premises, all of whom are monthly or statutory tenants, excepting those holding leases named below, and subject to encroachments of stoop, areas and cellar steps or appurtenances thereto on street and subject also to any state of facts an

accurate survey of said premises may disclose that does not render the title unmarketable."

*Charles A. Winter* for appellant.

*Abraham Grometstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH J. BERNSTEIN, Appellant.

*Crimes — grand larceny in first degree — judgment of conviction affirmed.*

*People* v. *Bernstein*, 223 App. Div. 786, affirmed.
(Argued April 9, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 21, 1928, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*Charles J. Dodd, District Attorney* (*James I. Cuff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MOE H. HOROWITZ, Appellant, *v.* BRIDGET E. GALLIVAN, Respondent.

*Vendor and purchaser — contract — specific performance — tender — action to compel specific performance of contract to sell real property — failure to tender payment at place named in contract.*

*Horowitz* v. *Gallivan*, 222 App. Div. 690, affirmed.
(Argued April 10, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,